# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY

*Plaintiff(s)*

v.     Civil Action No.

THE COVES MOUNTAIN RIVER COMMUNITY ASSOCIATION, INC. f/k/a The Coves at Round Mountain Community Association, Inc. a/k/a The Coves at Round Mountain Property Owners Association, Inc.; JOHNS-GAMEWELL, LLC; ESTATES OF NC, LLC; ANDREA McGRIFF; DAVID McGRIFF; and R.M., a minor, by and through her parents and next friends, ANDREA McGRIFF and DAVID McGRIFF

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Andrea McGriff, individually and as parent of R.M. a minor
8122 Wekiva Lane
Jacksonville, Florida 32256

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward T. Sylvester, Esquire
Hinshaw & Culbertson LLP
2525 Ponce de Leon Blvd., 4th Floor
Miami, Florida 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

