**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY,

    Plaintiff,

v.                                      Case No.   3:18-cv-1468-J-34MCR

THE COVES MOUNTAIN RIVER
COMMUNITY ASSOCIATION, INC.,
et al.,

    Defendants.

## ORDER OF RECUSAL

Due to a personal relationship, the undersigned hereby recuses herself from further proceedings in this action.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of December, 2018.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

Copies to:

Counsel of Record
Pro Se Parties