UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY,

    *Plaintiff,*

vs.                                Case No. 3:18-cv-01468 HES-MCR

THE COVES MOUNTAIN RIVER
COMMUNITY ASSOCIATION, INC., *et al*,

    *Defendants.*

## SUPPLEMENTAL CERTIFICATION PURSUANT TO LOCAL RULE 3.01(g)

Plaintiff Mesa Underwriters Specialty Insurance Company ("Mesa"), pursuant to M.D. Fla. L. R. 3.01(g), files this Supplemental Certification with a statement supplementing its previous certification made in its Motion for Leave (DE 37). At the time Mesa filed its Motion for Leave, it had not been able to timely confer with counsel for the McGriff defendants.

Undersigned counsel certifies that he has now conferred with counsel for the McGriff defendants and represents that such defendants agree with undersigned's prior conjecture that the McGriff defendants' lack of filing a response to Mesa's motion for summary judgment likely put them in a position where they technically do not need to consent to or oppose Mesa's motion. Counsel for the McGriff defendants, however, further stated that the McGriff defendants agree with the substantive positions and legal authority cited by The Coves and Johns-Gamewell in their Motion to Stay, regarding the legal effect in this action of the McGriff's Amended Complaint in the underlying case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 17, 2019, I e-filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send an e-service email to all

304320802v1 1011155

Case No. 3:18-cv-01468 HES-MCR

counsel of record on the Service List.  I further certify that I am unaware of any non-CM/ECF participants.

*s/ Edward T. Sylvester*
Edward T. Sylvester
Florida Bar No.: 0051612
esylvester@hinshawlaw.com
Siobhan E.P. Grant
Florida Bar No.: 68892
sgrant@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, Florida 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Secondary: lleon@hinshawlaw.com
*Attorneys for Plaintiff Mesa Underwriters Specialty Insurance Company*